IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-CV-00820-FCD-DAD |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| LINESHA SMITH, ) | |
| Defendant. ) | |

On April 9, 2010, the Court entered an Order approving the parties' settlement agreement (the Agreement) in this case.  In the Agreement, defendant Linesha Smith agrees to the entry of judgment against her and in favor of plaintiff United States of America.

Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is ENTERED in favor of plaintiff United States of America and against defendant Linesha Smith in the amount of $7,074;

2. Until the judgment is paid in full, interest shall ACCRUE at 3% simple interest per annum; and

1    3.   The judgment shall be REDUCED to $4,000 at 3% simple
2 interest per annum provided the Defendant complies with the
3 reduced judgment repayment schedule set forth in the Agreement.
4    4.   The reduced judgment shall be REDUCED to $$3,500 plus 3%
5 simple interest should the defendant repay $1,500 in the first
6 year of the repayment period.
7    5.   The reduced judgment shall be REDUCED to $3,000 plus 3%
8 interest should the defendant repay the remaining balance within
9 the second year of the repayment period.

Dated: April 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE